**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

No. 16-15320-EE

---

JIM WALTER RESOURCES, INC.,
WALTER ENERGY, INCORPORATED,

Petitioners,

versus

NOLAN BRANTLEY,
DIRECTOR, OWCP,
U.S. DEPARTMENT OF LABOR,

Respondents.

---

Petition for Review of a Decision of the
Benefits Review Board

---

BEFORE: JULIE CARNES, JILL PRYOR, and ANDERSON, Circuit Judges.

Before this Court is Appellee Nolan Brantley's "Motion Pertaining to Attorney's Fees."

To the extent that Brantley seeks taxable costs, the Court has awarded him $142.35 in taxable costs.

To the extent that Brantley seeks $4,000.00 in expert witness fees, his request is DENIED AS MOOT, in light of the Administrative Law Judge's September 8, 2015, order awarding him witness fees.

Brantley's request for $43,980.00 in appellate attorney's fees is GRANTED IN PART. The Court hereby awards Brantley appellate attorney's fees of $31,980.

Brantley's request for $931.76 in expenses is GRANTED IN PART. The Court hereby awards him $725.26 in expenses.